UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAE LINN PEIFFER,

    *Plaintiff,*

CASE NO. 20-13171
DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

v.

MERCHANTS & MEDICAL CREDIT
CORPORATION, INC.,

    D*efendant.*

_____/

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (ECF No. 15)**

Plaintiff filed a Motion to Amend and to Compel (ECF No. 15) and oral argument was held primarily on the motion to compel portion on June 29, 2021. For the reasons further stated on the records, the motion to compel is DENIED. A written order will follow as to the motion to amend the Complaint.

**IT IS ORDERED.**

Date: June 30, 2021

                                                      S/PATRICIA T. MORRIS
                                                      Patricia T. Morris
                                                      United States Magistrate Judge