# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RAE LINN PEIFFER;<br><br>  Plaintiff,<br><br>v.<br><br>MERCHANTS & MEDICAL<br>CREDIT CORPORATION, INC.,<br><br>  Defendant. | Case No.: 1:20-cv-13171-TLL-PLM<br>Hon. Judge Thomas L. Ludington<br>Magistrate Patricia T. Morris |

## INDEX OF EXHIBITS TO DEFENDANT MERCHANTS & MEDICAL CREDIT CORPORATION, INC.'S MOTION FOR SUMMARY JUDGMENT <u>PURSUANT TO FED. R. CIV. P. 56</u>

EXHIBIT 1:   Transcription of Telephone Calls

EXHIBIT 2:   Deposition transcript of Gregory Church

EXHIBIT 3:   Judgment

EXHIBIT 4:   Account Notes - Excerpt

EXHIBIT 5:   Deposition transcript of Plaintiff